AO 245D    (Rev. 03/06) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

____SOUTHERN____ District of ____ILLINOIS____

FILED
OCT 20 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| TOMMY J. GOULD | Case Number: 4:99CR40074-001-GPM |
| | USM Number: 04953-025 |
| | Judy Kuenneke, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __Statutory, Standard__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed another crime | 10/4/2010 |
| Standard #1 | Defendant left the district without permission | 9/20/2010 |
| Standard #2 | Defendant failed to submit truthful written report | 9/29/2010 |
| Standard #3 | Defendant failed to truthfully answer inquiries | 10/4/2010 |
| Standard #5 | Defendant failed to maintain employment | 8/20/2010 |
| Standard #6 | Defendant failed to notify probation of his change in residence | 10/4/2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: ***-**-6221 | October 18, 2010 |
| Defendant's Date of Birth: **-**-1965 | Date of Imposition of Judgment |
| | *(signature)* |
| | Signature of Judge |
| Defendant's Residence Address: | |
| City: Lawrenceville | |
| State: IL | Hon. G. Patrick Murphy, U. S. District Judge |
| | Name and Title of Judge |
| | 10/20/10 |
| | Date |
| Defendant's Mailing Address: | |
| SAME | |

AO 245D     (Rev. 03/06 Judgment in a Criminal Case for Revocations
               Sheet 2— Imprisonment

Judgment — Page   2  

DEFENDANT:     TOMMY J. GOULD
CASE NUMBER:    4:99CR40074-001-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

18 TOTAL MONTHS

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL